**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| **RON FLEMMING,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **vs.** | ) **Case No. 15-CV-263-SMY-RJD** |
| | ) |
| **DR. ELS, et al.,** | ) |
| | ) |
| **Defendants.** | ) |

# MEMORANDUM AND ORDER

**YANDLE, District Judge:**

This matter is before the Court on the Report and Recommendation ("Report") of United States Magistrate Judge Reona J. Daly (Doc. 154), recommending that the Court deny Defendant Els' Motion for Summary Judgment (Doc. 140) and grant Defendant Reeves's Motion for Summary Judgment (Doc. 141). No objections have been filed to the Report. For the following reasons, Judge Daly's Report is **ADOPTED**.

When neither timely nor specific objections to a Report and Recommendation are made, the Court need not conduct a *de novo* review of the Report. *See Thomas v. Arn*, 474 U.S. 140 (1985). Instead, the Court reviews the Report for clear error. *Johnson v. Zema Systems Corp.,* 170 F.3d 734, 739 (7th Cir. 1999). The Court may then "accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1).

Here, Judge Daly thoroughly discussed and supported her conclusions that (1) there is a genuine issue of material fact which precludes summary judgment on the merits as to Dr. Els; and (2) Plaintiff has failed to set forth any evidence to prove that Defendant Reeves was deliberately indifferent. The Court finds no clear error in Judge Daly's findings, analysis or conclusions, and therefore, adopts her Report and Recommendation in its entirety. Accordingly, Defendant Els'

Motion for Summary Judgment (Doc. 140) is **DENIED**, and Defendant Reeves's Motion for Summary Judgment (Doc. 141) is **GRANTED.**

**IT IS SO ORDERED.**

**DATED:  October 5, 2018**

s/ Staci M. Yandle
**STACI M. YANDLE**
**United States District Judge**